ASABEL WATSON, Appellant, v. JOHN SMITH, Respondent.

At a former term of this court, an appeal from an order made at Special Term, setting aside a judgment recovered by the plaintiff against the defendant, on the ground that the court had not obtained jurisdiction to enter the same, was reversed, thus holding that the court had obtained jurisdiction of the parties and the subject-matter, and that the judgment was regular.

The order of the General Term has not been reversed, but remains in full force and effect. Since the reversal of the order of the Special Term, an execution has been issued, and a quantity of wheat belonging to the defendant levied on; and that wheat has been sold by the sheriff, and this action is brought for the conversion thereof.

The defendant's counsel objected on the trial to the judgment, on the same grounds urged on the argument of the appeal from the order; the court, however, followed the decision of the General Term, and held the judgment and the sale in pursuance

of it regular, and ordered a verdict for the plaintiff, and this appeal is from that judgment.

The General Term held, that, if right in holding, on the appeal from the order, that the judgment was regular, the ruling at the circuit, in giving effect to it, was right, and could not be disturbed. Although that decision of the motion might not be strictly *res adjudicata* upon the question of the validity of the judgment, yet, the court having arrived at its conclusion, after due deliberation and examination, would not allow the question to be again discussed before it, unless it was satisfied that the former decision was clearly erroneous, which it was not.

Opinion by Mullin, P. J.

Judgment affirmed.